# United States District Court
## Southern District of Georgia

Melvin Cornelius III

_____
Plaintiff

v.   Deere Credit Services, Inc.,

_____
Defendant

Case No.  4:23-cv-025-RSB-CLR

Appearing on behalf of

Plaintiff
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  21st  day of  February , 2024 .

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER:  Michael L. Greenwald

Business Address:  Greenwald Davidson Radbil PLLC
Firm/Business Name

5550 Glades Road, Suite 500
Street Address

Boca Raton    FL    33431
Street Address (con't)   City   State   Zip

Mailing Address (if other than street address)

Address Line 2   City   State   Zip

561-826-5477      N/A
Telephone Number (w/ area code)   Georgia Bar Number

Email Address:  mgreenwald@gdrlawfirm.com